

**Leonard J. Catanzaro**
Attorney at Law
555 Lenox Ave. Suite 2F
New York, New York 10037
_____

tel: (212) 226-1234
lcatanzarolaw@quicklien.com
QuickLien.com

December 3, 2024

<u>Via ecf-nysd.uscourts.gov</u>
Hon. Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

     Re: REQUEST TO HAVE ENTIRE CASE UNDER SEAL
        INCLUDING DOCUMENTS IN RECORD ROOM
        <u>***John Doe vs. Marist College***</u>
        Case No. 7:24-cv-08992-JGLC
        filed 11/25/24

Dear Judge Clarke:

I am the attorney for plaintiff in the above matter. On 11/25/24 I uploaded to the CMECF filing system a Complaint (Doc. No. 1), and Civil Cover Sheet (Doc. No. 2). Doc. No. 3 is an Exhibit to the Complaint under seal by court order that was not uploaded. Court order under 7:24-mc-493. The documents have not been served.

Plaintiff is not proceeding. Accordingly, I respectfully request that the matter be marked discontinued without prejudice, and that the Docket Clerk be directed to electronically seal the entire case including all uploaded documents and this letter. I also respectfully request that the documents for public view in the record room be sealed as well. No documents should be available for public view.

Thank you for your kind attention. Please contact me should you have any questions or concerns.

Yours,

*/s/ Leonard Catanzaro*
Leonard Catanzaro
(8451)

*The Court declines to seal the docket in this matter. Plaintiff has failed to demonstrate that the interests sealing the docket outweigh the presumption of public access under* Lugosch v. Pyramid Co. of Onondaga, *435 F.3d 110 (2d Cir. 2006). The above-titled action is hereby DISMISSED without prejudice. The Clerk of Court is respectfully directed to CLOSE the case.*

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 10, 2024
    New York, New York